IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. CR 07-0234 |
| vs. | : | |
| | : | Electronically Filed |
| LUIS VALDIVIA | : | |

## ORDER OF COURT

AND NOW, this 14th day of September 2010, upon consideration of the Nunc Pro Tunc Motion of Attorney James F. Donohue requesting permission to file a request for payment of attorney's fees, it is hereby **ORDERED, ADJUDGED** and **DECREED** that said request is granted. Accordingly, Attorney James F. Donohue is permitted to file a CJA-20 and supporting documentation for payment in the above captioned case. The above-referenced documents shall be submitted to the Clerk of Courts Finance Office by September 30, 2010.

BY THE COURT,

_____ J.